HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No.  00794784
Attorneys for Plaintiff, Alice Coleman

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-CV-07741-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Carol Adams, et al.<br>(Alice Coleman),<br>              Plaintiff,<br><br>              vs.<br><br>Pfizer Inc., et al.<br>              Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, ALICE COLEMAN, and Defendants, by and through the

undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorney's

fees and costs.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: <u>December 8</u>, 2009          HOUSSIERE, DURANT & HOUSSIERE, LLP

By: _____
          Monica & Vaughan
Attorneys for Plaintiff, Alice Coleman

DATED: <u>December 8</u>, 2009          DLA PIPER LLP (US)

By: _____
          Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: __DEC 1 1 2009__

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**