HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No. 00794784
Attorneys for Plaintiff, Marilyn Lawler and Daniel Lawler

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 3:06-CV-07741-CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Carol Adams, et al.<br>**(Marilyn Lawler and Daniel Lawler)**,<br>Plaintiff,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, MARILYN LAWLER AND DANIEL LAWLER, and

Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with

each side bearing its own attorney's fees and costs.

-1-

DATED: December 8, 2009       HOUSSIERE, DURANT & HOUSSIERE, LLP

By: _____

Monica Q. Vaughan
Attorneys for Plaintiff, Marilyn Lawler and
Daniel Lawler

DATED: December 8, 2009       DLA PIPER LLP (US)

By: _____

Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: **DEC 1 1 2009**

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE