HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No. 00794784
Attorneys for Plaintiff, Edward Martinez and Rosa Martinez

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-CV-07741-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Carol Adams, et al.<br>**(Edward Martinez and Rosa Martinez),**<br>Plaintiff,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, EDWARD MARTINEZ AND ROSA MARTINEZ, and

Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with

each side bearing its own attorney's fees and costs.

DATED: <u>December 8</u>, 2009  HOUSSIERE DURANT & HOUSSIERE, LLP

         By: _____
           Monica C. Vaughan
         Attorneys for Plaintiff, Edward Martinez and
         Rosa Martinez

DATED: <u>December 8</u>, 2009  DLA PIPER LLP (US)

         By: _____
           Michelle W. Sadowsky
         Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: **DEC 1 1 2009** _____
         Hon. Charles R. Breyer
         United States District Court

-2-