HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No. 00794784
Attorneys for Plaintiff, Archie Pendleton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-CV-07741-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Carol Adams, et al.<br>**(Archie Pendleton)**,<br>                Plaintiff,<br><br>    vs.<br><br>Pfizer Inc., et al.<br>                Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, ARCHIE PENDLETON, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorney's fees and costs.

DATED: December 8, 2009            HOUSSIERE, DURANT & HOUSSIERE, LLP

                                   By: _____
                                        Monica C. Vaughan
                                   Attorneys for Plaintiff, Archie Pendleton


DATED: December 8, 2009            DLA PIPER LLP (US)

                                   By: _____
                                        Michelle W. Sadowsky
                                   Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 1 2009                _____
                                   Hon. Charles R. Breyer
                                   United States District Court