HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No. 00794784
Attorneys for Plaintiff, Gloria Perches and Andres Perches

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-CV-07741-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Carol Adams, et al.<br>(**Gloria Perches and Andres Perches**),<br>Plaintiff,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, GLORIA PERCHES AND ANDRES PERCHES, and

Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with

each side bearing its own attorney's fees and costs.

-1-

DATED: December 8, 2009       HOUSSIERE, DURANT & HOUSSIERE, LLP

By: _____
    Monica C. Vaughan
Attorneys for Plaintiff, Gloria Perches and
Andres Perches

DATED: December 8, 2009       DLA PIPER LLP (US)

By: _____
    Michelle W. Sadowsky
Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:   DEC 1 1 2009          _____
                                Hon. Charles R. Breyer
                                United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**