HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No. 00794784
Attorneys for Plaintiff, Ruben Rodriguez

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| _____ )<br>)<br>IN RE: BEXTRA AND CELEBREX )<br>MARKETING SALES PRACTICES AND )<br>PRODUCT LIABILITY LITIGATION )<br>_____ )<br>)<br>Carol Adams, et al. )<br>**(Ruben Rodriguez),** )<br>               Plaintiff, )<br>)<br>        vs. )<br>)<br>Pfizer Inc., et al. )<br>              Defendants. ) | **Case No. 3:06-CV-07741-CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer**<br><br><br>**STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, RUBEN RODRIGUEZ, and Defendants, by and through the

undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorney's

fees and costs.

DATED: <u>December 8</u>, 2009          HOUSSIERE, DURANT & HOUSSIERE, LLP

By: _____
      Monica C. Vaughan
Attorneys for Plaintiff, Ruben Rodriguez

DATED: <u>December 8</u>, 2009          DLA PIPER LLP (US)

By: _____
      Michelle W. Sadowsky
Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **DEC 1 1 2009**

_____
Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE