HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No. 00794784
Attorneys for Plaintiff, Antonio Sanchez and Sara Sanchez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-CV-07741-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Carol Adams, et al.<br>(**Antonio Sanchez and Sara Sanchez**),<br>Plaintiff,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, ANTONIO SANCHEZ AND SARA SANCHEZ, and

Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with

each side bearing its own attorney's fees and costs.

DATED: December 8, 2009          HOUSSIERE, DURANT & HOUSSIERE, LLP

By: _____
    Monica C. Vaughan
    Attorneys for Plaintiff, Antonio Sanchez and
    Sara Sanchez

DATED: December 8, 2009          DLA PIPER LLP (US)

By: _____
    Michelle W. Sadowsky
    Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __DEC 1 1 2009__          _____
                                 Hon. Charles R. Breyer
                                 United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**