HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No. 00794784
Attorneys for Plaintiff, Eroy Stramler and Sandra Stramler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-CV-07741-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Carol Adams, et al.<br>**(Eroy Stramler and Sandra Stramler)**,<br>Plaintiff,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, EROY STRAMLER AND SANDRA STRAMLER, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorney's fees and costs.

-1-

DATED: December 8, 2009     HOUSSIERE, DURANT & HOUSSIERE, LLP

By: _____
    Monica C. Vaughan
    Attorneys for Plaintiff, Eroy Stramler and
    Sandra Stramler

DATED: December 8, 2009     DLA PIPER LLP (US)

By: _____
    Michelle W. Sadowsky
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 1 2009     _____
                        Hon. Charles R. Breyer
                        United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**